[No. 16393-4-II.   Division Two.   July 14, 1995.]

LEE E. SORENSEN, ET AL., *Respondents*, v. RICHARD P. JONES, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-05024-0, Karen L. Strombom, J., entered August 28, 1992. *Affirmed* by unpublished opinion per Alexander, J. Pro Tem., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 15730-6-II.   Division Two.   July 17, 1995.]

RAINER NATIONAL BANK, *Respondent*, v. CITIFOR, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86-2-00342-4, David F. Foscue, J., entered February 18, 1992. *Affirmed* by unpublished opinion per Alexander, J. Pro Tem., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 29984-1-I.   Division One.   July 17, 1995.]

*In the Matter of the Estate of* ELIZABETH B. CARROLL *and* JAY CARROLL.

DEE B. CARROLL, *Appellant*, v. *Executor of the Estate of* ELIZABETH B. CARROLL, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 83-4-00209-5, Stanley K. Bruhn, J., entered November 4, 1991 and December 23, 1991. *Affirmed* by unpublished opinion per Becker, J., concurred in by Kennedy, A.C.J., and Cox, J.